**NATIONAL BROADCASTING COMPANY, INC., Television 12 of Jacksonville, Inc., and WKRG–TV, Inc., Petitioners,**

**v.**

**The Honorable Winston E. ARNOW, Chief Judge, United States District Court For the Northern District of Florida, et al., Respondents.**

**No. 73–2691.**

United States Court of Appeals, Fifth Circuit.

July 11, 1974.

Corydon B. Dunham, Vice Pres. & Gen. Counsel, Nat'l. Broadcasting Co., Inc., New York City, James A. McKenna, Jr., James R. Cooke, Washington, D. C., Floyd Abrams, Eugene R. Scheiman, New York City, W. Spencer Mitchem, Pensacola, Fla., Morton Stavis, Newark, N. J., Doris Peterson, New York City, for Briggs.

1. *See* our companion opinion in United States v. Columbia Broadcasting System, Inc., 5

Cir. 497 F.2d 102, [No. 73–2602, July 11, 1974].

Larry G. Turner, Gainesville, Fla., Brady Coleman, Austin, Tex., for *Briggs* and others.

Talbot D'Alemberte, Miami, Fla., for Columbia.

Elliot Richardson, Atty. Gen., Erwin N. Griswold, Solicitor Gen., U. S. Dept. of Justice, Washington, D. C., William H. Stafford, Jr., U. S. Atty., Pensacola, Fla., for respondents.

Before DYER, MORGAN and RONEY, Circuit Judges.

PER CURIAM:

The petition for mandamus is dismissed as moot.[1]